IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:06CR198 |
| | ) | |
| vs. | ) | ORDER OF COURT |
| | ) | TO DISMISS WITHOUT PREJUDICE |
| JOHN DELMARO and | ) | THE INDICTMENT AND WARRANTS |
| RUBY TOM, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED, pursuant to Federal Rule of Criminal Procedure 48(a), leave of Court

is granted for the dismissal without prejudice of the Indictment and Warrants regarding

Defendants, JOHN DELMARO and RUBY TOM, pursuant to the Motion of the United States

(Filing No. 38).

DATED this 21st day of May, 2012.

BY THE COURT:


s/ Joseph F. Bataillon
United States Chief District Judge